# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DAMIANE EARL CUNNING**
**ADC #151377** **PLAINTIFF**

**V.** **CASE NO. 4:12CV00171 SWW/BD**

**DAVID JOHNSON, et al.** **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of June, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE